**Elder Lewis BANKS, Plaintiff–Appellant,**

v.

**JEFFERSON SMURFIT CORPORATION, Defendant–Appellee.**

**No. 02–1063.**

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 6, 2002.

Elder Lewis Banks, Appellant Pro Se. Fred Thurman Hamlet, Sr., Greensboro, North Carolina, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Elder Lewis Banks appeals the district court's order granting summary judgment to his former employer on his employment discrimination claims. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Banks v. Jefferson Smurfit Corp.,* No. CA–00–814–1 (M.D.N.C. Dec. 18, 2001). We also deny Banks' motion to review the record in No. CA–00–144–1. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*